**Jesse Richard SPROUSE, Petitioner,**

v.

**Patricia Ann SPROUSE, Respondent.**

No. 01–0752.

Supreme Court of Texas.

Aug. 29, 2002.

William. Liddell, Houston, for Petitioner.

Steven A. Sinkin, Karen L. Marvel, Sinkin & Barretto, P.L.L.C., San Antonio, for Respondent.

PER CURIAM.

This case involves an important question-whether the dormancy provisions in

Texas Civil Practice & Remedies Code sections 31.006 and 34.001 apply to past-due child support payments. We explicitly reserved this question in *In re A.D.*, 73 S.W.3d 244, 249 (Tex.2002). But because of the state of this record, we decline to decide the question here. The petition is denied.